U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 18 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES S. FELKNOR | CIVIL ACTION NO. 10-cv-0397 |
| VERSUS | JUDGE STAGG |
| HERITAGE PROPERTIES, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Record Document 35), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 11)** filed by Heritage Properties, Inc. and the Reserve of Bossier City is **GRANTED** and that all claims against them are **DISMISSED** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that all claims against all remaining defendants are **DISMISSED**, sua sponte, for failure to state a claim on which relief may be granted.

Plaintiff has filed various motions since the Report and Recommendation issued. Nothing in these motions affects the recommendation that this case be dismissed. Accordingly, the plaintiff's outstanding motions are all **DENIED**. The Clerk of Court is directed to close this case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 18th day May, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE